UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Case No. 21-mj-30407

     Plaintiff,

v.

DAESHAWN TAMAR POSEY (D-1),
CHAZ DUANE SHIELDS (D-2),
CORTNEY SHAQUAN SHIELDS (D-3), and
BRITTANY LEVETT WITHERSPOON (D-4),,

     Defendants.

_____/

**MOTION AND ORDER TO SEAL
COMPLAINT AND ARREST WARRANTS**

THE UNITED STATES OF AMERICA requests the court to seal the

Complaint and Arrest Warrant, and all attendant papers for the reason that the

Defendants may flee prior to appearance on the complaint.  This sealing order is

entered with the express exception that upon the Defendant's arrest, the

government may provide copies of the aforementioned documents to the following

persons to facilitate the defendant's appearance in court:  the court and its staff,

United States Pretrial Services, the United States Probation Department, the United

States Marshal Service, the Defendant, the Federal Community Defender's Officer,

and/or the Defendant's attorney.  The documents otherwise remain sealed for all

other purposes until unsealed by order of the court.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/Ryan Particka*
Ryan Particka
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9635

Dated:  August 26, 2021

**IT IS SO ORDERED.**

_____
Kimberly G. Altman
United States Magistrate Judge

Entered: August, 26, 2021