## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                  **CASE NO. 22-cr-20159**

   **v.**

**CORTNEY SHAQUAN SHIELDS,**

        **Defendant.**

_____/

## APPEARANCE

Comes now, Dawn N. Ison, United States Attorney for the Eastern District of Michigan, by Corinne M. Lambert, Special Assistant United States Attorney for the Eastern District of Michigan, and enters this appearance as co-counsel for the United States of America.

                         Respectfully Submitted,

                         Dawn N. Ison
                         United States Attorney

By:   /s/ *Corinne M. Lambert*
       Corinne M. Lambert
       Special Assistant U.S. Attorney
       211 W. Fort Street, Suite 2001
       Detroit, MI   48226
       Telephone: (313) 226-9129
       Fax:   (313) 226-2873
       E-mail: corinne.lambert@usdoj.gov