UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

v.              Cr. No. 22-20159
          Hon. George Steeh

**CORTNEY SHIELDS,**

         **Defendant.**
_____/

### STIPULATED ORDER ADJOURNING SENTENCING DATE

NOW COME the above parties, through the undersigned counsel, and hereby agree and stipulate to the adjournment of the sentencing date, presently scheduled for September 13, 2022, at 2 pm, for approximately 21 days, for the reason that the defense is still awaiting certain documents necessary for the sentencing hearing and will require additional time in which to file his sentencing memorandum. The sentencing hearing is adjourned to October 20, 2022 at 2:00 p.m.

**So Ordered.**

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        U.S. District Judge

**Dated: September 7, 2022**

     **Stipulated and Agreed To:**

| | |
|---|---|
| s/Sanford Plotkin | s/Ryan Particka |
| Sanford Plotkin (P38691) | Ryan Particka |
| Atty. for Defendant | AUSA |

**Dated: September 6, 2022**