Approved, SCAO

Original Court — 1st copy - Probation Department
2nd copy - defendant
3rd copy - Prosecutor

JUN 0 8 2006

CFJ-149 (1/06)

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 03rd Circuit Court - Wayne County | MOTION AND ORDER FOR DISCHARGE FROM PROBATION | CASE NO. (1)05003280-01 |
|---|---|---|

ORI MI-MI821095J

Court address: Frank Murphy Hall of Justice, 1441 St. Antoine Detroit, Michigan 48226

Court telephone no. (313) 224-2502

THE PEOPLE OF THE STATE OF MICHIGAN
Wayne County

V

Defendant's name, address and telephone no.
Shields, Frederica
24046 Hanover
Dearborn Heights, Michigan 48125
(313) 790-1670

| CTN | SID | DOB |
|---|---|---|
| 82-05502894-01 | 1540338A | 6/14/1971 |

| Date of Probation | Offense |
|---|---|
| 7/11/2005 | (1) 750.136B5 - Child Abuse, 4th Degree |
| Term of Probation | |
| 1 year | |

**I respectfully move this court to discharge the defendant from probation for the following reasons:**

The offender was sentenced to a one year non-reporting term of probation. Special conditions included: Pay $60.00 CVAF, $600.00 court costs, $400.00 attorney fee, $60.00 felony fee, $120.00 supervision fee, abide by all orders of juvenile court, plea under advisement, case to be dismissed if offender satisfactorily completes probation.

The offender has completed all the conditions of her probation sentenced. A LEIN check revealed no new criminal activity. In view of the above information, we respectfully recommend that the offender be discharged from probation.

6/2/06
Date

Probation Officer    DONALD M RUDOLPH, #1890

David Phillips, Supv./ (313) 389-5159

/ad---6/5/06

**ORDER OF PROBATION DISCHARGE**

1. **THE COURT FINDS** that all conditions of probation [✓] were [ ] were not successfully completed.

   [ ] a. The Defendant was ordered to drug treatment court and [ ] did [ ] did not successfully complete the program.

**IT IS ORDERED:**

2. The defendant is discharged from probation supervision. Any unfulfilled financial obligations or conditions of the sentence imposed by this court can be pursued according to law.

[ ] 3. The plea or finding of guilt under the:

[ ] Controlled Substance Act (MCL 333.7411)
[ ] Parental Kidnapping Act (MCL 750.350a)
[ ] Drug Treatment Court (MCL 600.1076)
[ ] Spouse Abuse Act (MCL 769.4a)
[ ] Penal Code; Practicing under the Influence (MCL 750.430)

is set aside and the case is dismissed. The records of arrest and discharge or dismissal in this case shall be retained as a **nonpublic record** according to law.

[ ] 4. The status of Youthful Trainee is terminated under the Holmes Youthful Trainee Act (MCL 762.14) and the case is dismissed

The record of arrest and discharge or dismissal in this case shall be retained as a **nonpublic record** according to law.

[ ] 5. The plea or finding of guilt under the Michigan Liquor Control Code; Minor in Possession (MCL 436.1703) is set aside and the case is dismissed.

6-8-06
Date

Judge/Magistrate Edward Ewell Jr

P38962
Bar No.

If item 1a, 3, or 4 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

Shields, Frederica - 203485
06/06/2006 09:30:01

MC 245 (1/06) MOTION AND ORDER FOR DISCHARGE FROM PROBATION

Page 1 of 1

Approved, SCAO

| STATE OF MICHIGAN THIRD JUDICIAL COURT CRIMINAL DIVISION | ORDER OF ACQUITTAL/DISMISSAL OR REMAND | CASE NO. 05-3280-01 |
|---|---|---|

ORI MI- | Court Address | Court Telephone Number

THE PEOPLE OF ☐ The State of Michigan ☐ _____

v

Defendant's name, address, and telephone no.
Frederica Shields

CTN: 05502594-01 | SID: | DOB: 6-14-71

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | Child Abuse 4 | 750.136 |

**IT IS ORDERED:**

Part of plea. DF satisfactorily completed prob.

☒ 1. The case is dismissed on the motion of the court  ☐ with  ☒ without  prejudice.

☐ 2. The defendant's motion for dismissal is granted  ☐ with  ☐ without  prejudice and the case is dismissed.

☐ 3. The defendant's motion for dismissal is granted in part  ☐ with  ☐ without  prejudice and the following charge(s) is/are dismissed: _____

☐ 4. Defendant is acquitted on all charge(s) in this case after trial by  ☐ judge  ☐ jury.

☐ 5. Defendant is acquitted after trial by  ☐ judge  ☐ jury  only on the following charge(s): _____

☐ 6. Defendant shall be immediately discharged from confinement in this case.

☐ 7. Bond is canceled and shall be returned after costs are deducted.

☐ 8. Bond/bail is continued on the remaining charge(s).

☐ 9. The case is remanded to the _____ district court for further proceedings for the following reasons:

7-10-06
Date

[Judge signature]
Judge | Bar No.

If item 1, 2, or 4 is checked, the clerk of the court shall send a photocopy of this order to the Michigan State Police Central Records Division to create a criminal history record as required under MCL 769.16a.

MC 262  (3/03) sjs   ORDER OF ACQUITTAL/DISMISSAL OR REMAND

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT COURT CRIMINAL DIVISION | ORDER OF CONVICTION AND SENTENCE | CASE NO./SUFFIX 05-3280-01 |
|---|---|---|

THE PEOPLE OF THE STATE OF MICHIGAN v **Frederica Shields**
DEFENDANT

1. At a session of the court on **6-22-05** before the Hon. **Brian Sullivan** a Judge of the court, the defendant was convicted by ☐ JURY ☐ COURT ☒ PLEA of the offense(s)

**Child Abuse 4**
**750.136B5**
PACC CODE(S)

2. The defendant was in court for sentence on _____ and was sentenced by the court to:

☒ Probation **1 YR** (see separate probation order)
Term of years

☐ Michigan Department of Corrections, confined for a term no less than _____ nor more than _____ years.

The maximum statutory penalty for the crime(s) of which said defendant stands convicted is _____ years.

☐ Jail confinement for _____ days/months.

☐ The conviction is reportable to the Secretary of State under MCL 257.732 or 281.1040. The defendants driver's license number is _____.

☐ Other _____

RECOMMENDATION **Delayed Sent**

☐ HIV testing was ordered on _____.

The defendant was represented by ATTORNEY **Kenneth Waldhorn** BAR# _____

and is to be given credit for _____ days served in JAIL.

SAID CREDIT TO BE APPLIED TO MINIMUM AND MAXIMUM SENTENCE.

COMMITMENT PAPERS TO ISSUE.

_____
Judge

Form#5

| STATE OF MICHIGAN THIRD JUDICIAL COURT CRIMINAL DIVISION | PRETRIAL SETTLEMENT OFFER AND NOTICE OF ACCEPTANCE | CASE NO. 05-3280 PROS. WAR. NO. _____ |
|---|---|---|

THE PEOPLE OF THE STATE OF MICHIGAN v.

Defendant's Name: FREDERICA SHIELDS
SID: 
LPD: 

NOLO

**PRETRIAL SETTLEMENT OFFER**

☐ No charge reduction   ☒ Charge reduction

| COUNT | SPECIFY CHARGE(S) | PACC | ATTEMPT 750.92 | STATUTORY MAXIMUM PENALTY |
|---|---|---|---|---|
| I | CHILD ABUSE 4° | 750.136b | | 1 yr |

☒ Sentence Agreement   ☐ Agree to Guideline Sentence   ☐ Sentence Recommendation

1 yr non-reporting probation; Abide by all orders of juv. court; PLEA UNDER ADVISEMENT, THE CASE WILL BE DISMISSED IN ONE YEAR IF Δ SATISFACTORILY COMPLETES PROBATION

☐ People agree to PA 511 sentence   ☐ People object to PA 511 sentence
☐ Sentence is mandatorily consecutive by law to _____
☒ People agree to withdraw notice to enhance sentence.
☒ Dismiss HABITUAL NOTICE + COUNT II in exchange for plea in this case.
☐ Other prosecutorial agreement _____

7/7/05
Date

_signature_ P64612
Prosecuting Attorney

**NOTICE OF ACCEPTANCE**

I HEREBY ACCEPT THE ABOVE PRETRIAL SETTLEMENT OFFER AND WAIVE THE FOLLOWING RIGHTS:
1. THE RIGHT TO A JURY TRIAL OR TRIAL BY THE COURT WITH THE PROSECUTOR'S CONSENT.
2. THE RIGHT TO BE PRESUMED INNOCENT UNLESS PROVEN GUILTY BEYOND A REASONABLE DOUBT.
3. THE RIGHT TO CONFRONT AND QUESTION THE WITNESSES AGAINST ME.
4. THE RIGHT TO HAVE THE COURT COMPEL WITNESSES TO COME TO COURT AND TESTIFY FOR ME.
5. THE RIGHT TO TESTIFY AT MY TRIAL. THE RIGHT TO REMAIN SILENT AND NOT HAVE MY SILENCE USED AGAINST ME.
6. THE RIGHT TO CLAIM MY PLEA WAS THE RESULT OF PROMISES OR THREATS NOT DISCLOSED TO THE COURT, OR THAT IT WAS NOT MY CHOICE TO PLEAD GUILTY.
7. THE RIGHT TO APPEAL AS OF RIGHT AS TO CONVICTION AND SENTENCE.

X _Frederica_    7/7/05    _signature_    7/7/05
Defendant    Date    Defense Attorney    Date

Form #71 (5/98)   Distribution: White—Court File   Pink—Defense Attorney
Yellow—Prosecutor

| STATE OF MICHIGAN THIRD JUDICIAL COURT CRIMINAL DIVISION | PRETRIAL SETTLEMENT OFFER AND NOTICE OF ACCEPTANCE | CASE NO. 05-3280 PROS. WAR. NO. _____ |
|---|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN | v. | Defendant's Name FREDERICA SHIELDS |
|---|---|---|
| | | SID           LPD |

## PRETRIAL SETTLEMENT OFFER

☐ No charge reduction     ☒ Charge reduction

| COUNT: SPECIFY CHARGE(S) | PACC | ATTEMPT 750.92 | STATUTORY MAXIMUM PENALTY |
|---|---|---|---|
| 1  CHILD ABUSE 4th | 750.136b5 | | 1 YR |
| | | | |
| | | | |
| | | | |

☒ Sentence Agreement    ☐ Agree to Guideline Sentence    ☐ Sentence Recommendation

1 YEAR PROBATION; CONTACT PROVISIONS PER JUV. CT. ORDER; NO CORPORAL PUNISHMENT; NO ASSAULTIVE BEHAVIOR; FINES AND COSTS TBD BY COURT; ANGER MANAGEMENT AND PARENTING COUNSELING (IF SAME ORDERED BY JUV. CT. THAT WILL SATISFY THIS REQUIREMENT). PEOPLE DO NOT OBJECT TO NON-RPTG. PROBATION.

☐ People agree to PA 511 sentence    ☐ People object to PA 511 sentence
☐ Sentence is mandatorily consecutive by law to _____
☒ People agree to withdraw notice to enhance sentence.
☒ Dismiss  COUNT TWO _____ in exchange for plea in this case.
☐ Other prosecutorial agreement _____

6/22/05       [signature] P64612
Date            Prosecuting Attorney
              MICHAEL T. WOODYARD

## NOTICE OF ACCEPTANCE

**I HEREBY ACCEPT THE ABOVE PRETRIAL SETTLEMENT OFFER AND WAIVE THE FOLLOWING RIGHTS:**
1. THE RIGHT TO A JURY TRIAL OR TRIAL BY THE COURT WITH THE PROSECUTOR'S CONSENT.
2. THE RIGHT TO BE PRESUMED INNOCENT UNLESS PROVEN GUILTY BEYOND A REASONABLE DOUBT.
3. THE RIGHT TO CONFRONT AND QUESTION THE WITNESSES AGAINST ME.
4. THE RIGHT TO HAVE THE COURT COMPEL WITNESSES TO COME TO COURT AND TESTIFY FOR ME.
5. THE RIGHT TO TESTIFY AT MY TRIAL. THE RIGHT TO REMAIN SILENT AND NOT HAVE MY SILENCE USED AGAINST ME.
6. THE RIGHT TO CLAIM MY PLEA WAS THE RESULT OF PROMISES OR THREATS NOT DISCLOSED TO THE COURT, OR THAT IT WAS NOT MY CHOICE TO PLEAD GUILTY.
7. THE RIGHT TO APPEAL AS OF RIGHT AS TO CONVICTION AND SENTENCE.

X [signature] Frederica Shields      6/22/05      [signature]      6/22/05
   Defendant                          Date        Defense Attorney  Date

Form #71 (5/98)     Distribution: White—Court File    Pink—Defense Attorney
                    Yellow—Prosecutor