UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CORTNEY SHAQUAN SHIELDS,

    Defendant.

_____/

Case No. 22-20159

Hon. George Caram Steeh

### ORDER DENYING MOTION FOR CLARIFICATION OF SENTENCE (ECF NO. 71)

On October 20, 2022, the court held a hearing and sentenced Defendant to 41 months of imprisonment. After some discussion, the court determined that it did not have discretion to order the sentence to run concurrently or partially concurrently with the sentence Defendant is serving in a different case. ECF No. 70 at PageID 281-82. The court ordered that "the sentence in this case will run consecutive with the sentence [in] Case Number 17-20522." *Id.* In pronouncing the sentence, the court stated that "the term of confinement is going to be 41 months, which is at the low end of the guidelines range." *Id.* at PageID 286. This is consistent with the written judgment, entered on October 24, 2022. ECF No. 69.

Noting that the court did not formally rule on his motion for a downward variance, Defendant seeks clarification of his sentence. However, the record is clear regarding the imposition of a 41-month, consecutive sentence. Defendant's motion for a downward variance was denied by implication.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for clarification is DENIED.

Dated: November 10, 2022

                                       s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 10, 2022, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk